UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXANDER STROSS,<br><br>                    Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>                    Defendant/Counterclaimant. | Case No. 1:15-cv-00223-SS |

### DECLARATION OF JIM SPEER

I, Jim Speer, declare as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to testify to them.

2. I am the agent designated to receive notification of claimed copyright infringement for Participants of the Multiple Listing Service of Long Island, Inc. ('MLSLI') and their licensees. MSLI serves approximately 2,300 Participating real estate offices in the vicinity of Long Island, New York. Redfin is a Participating office of MLSLI.

3. I am listed as the designated agent for Redfin on the United States Copyright Office's Directory of Service Provider Agents For Notification Of Claims Of Infringement. The Directory is found online at: http://www.copyright.gov/onlinesp/list/r_agents.html. That registration was filed July 10, 2014 and remains effective today.

4. My contact information, including my name, business address, phone number, and electronic mail address, can be found by selecting the link for "Redfin Real Estate."

5. The Directory lists my contact information so that individuals may send me notification of claimed copyright infringement.

6.  Email directed to copyright@MLSLI.com is delivered directly to MLSLI's corporate counsel, Ms. Doreen Spagnuolo, and me. Any regular mail, facsimile, or telephone call to MLSLI regarding copyright issues is directed to me by the MLSLI staff who answer telephone calls or receive mail or facsimiles.

7.  If MLSLI were to receive a copyright complaint or take down request related to Redfin or its website MLSLI would immediately contact Redfin to advise of the complaint and request. Further, if our investigation revealed that MLSLI was the source of the alleged infringing content on Redfin's website, MLSLI would promptly remove the alleged infringing content from its feed of listing content to all of its members receiving the feed pending further investigation of the validity of the complaint.

8.  MLSLI has never received a copyright infringement complaint or take down request related to Redfin or its website. MLSLI has never received notification of claimed infringement by Alexander Stross regarding any MLSLI member.

I declare under penalty of perjury under the laws of New York that the foregoing is true and correct.

Executed this __26__ day of __May__, 2015 at __Suffolk County__ N.Y.

_____
Jim Speer