# EXHIBIT 2

```
                                                                    1
 1              UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
 2                    AUSTIN DIVISION

 3
    ALEXANDER STROSS,               §
 4                                  §
           Plaintiff,               §
 5                                  § Case No. 1:15-cv-00223-SS
       v.                           §
 6                                  §
    REDFIN CORPORATION,              §
 7                                   §
           Defendant/                §
 8         Counterclaimant.          §

 9

10

11   **************************************************

12           ORAL AND VIDEOTAPED DEPOSITION OF

13                   ALEXANDER STROSS

14                    APRIL 20, 2016

15   **************************************************

16           ORAL AND VIDEOTAPED DEPOSITION OF ALEXANDER

17   STROSS, produced as a witness at the instance of the

18   Defendant, and duly sworn, was taken in the above-styled

19   and numbered cause on the 20th day of April, 2016, from

20   9:04 a.m. to 3:01 p.m., before Cynthia Warren, Certified

21   Shorthand Reporter for the State of Texas, reported by

22   machine shorthand, at the offices of DepoTexas, 1016 La

23   Posada, Suite 294, Austin, Texas 78752, pursuant to the

24   Federal Rules of Civil Procedure and the provisions

25   stated on the record.
```

01:24  1      Q.   What did you do upon discovery of this alleged
01:24  2   infringement in February 2013?
01:24  3      A.   I had my sister and my wife screen capture
01:24  4   every image that you were infringing on mobile platforms
01:24  5   and on your web-based system and also on social media
01:24  6   networks.
01:25  7      Q.   About how many screen captures were made?
01:25  8      A.   6,000.  6- to 10,000.
01:25  9      Q.   How long did that take?
01:25 10      A.   A week.
01:25 11      Q.   Did you do anything else during that week?
01:25 12      A.   Yes.  I ate, slept.
01:25 13      Q.   Did you do anything else with regard to
01:25 14   Redfin's alleged infringement during that week?
01:25 15      A.   I contacted my attorney and told my attorney
01:25 16   what was going on and asked for his advice.
01:25 17      Q.   And was that attorney Mr. McKinney?
01:25 18      A.   Yes.
01:25 19      Q.   Did you ever contact ACTRIS to alert them to
01:26 20   Redfin's alleged infringement?
01:26 21      A.   No, I have not filed any complaints with ACTRIS
01:26 22   regarding your alleged -- my alleged complaints.
01:26 23      Q.   Did you ever contact Redfin regarding the
01:26 24   alleged infringement?
01:26 25      A.   I have contacted Redfin regarding improper data

01:26  1    usage.
01:26  2        Q.   Did you ever contact Redfin regarding the
01:26  3    alleged infringement?
01:26  4        A.   I contacted my attorney and asked for his
01:26  5    advice and followed it.
01:26  6        Q.   Did you ever contact Redfin regarding the
01:26  7    alleged infringement?
01:26  8        A.   No.
01:26  9        Q.   When you say you contacted Redfin regarding
01:27 10    improper data usage, when did that occur?
01:27 11        A.   I don't know the specific date, but it was
01:27 12    within the last few months.
01:27 13        Q.   And who at Redfin did you contact?
01:27 14        A.   Customer service.
01:27 15        Q.   Did you do that via e-mail?
01:27 16        A.   Yes.  It's been provided to you.
01:27 17        Q.   What was the nature of the improper data usage
01:27 18    you complained of?
01:27 19        A.   Redfin is publishing sold prices as public
01:27 20    record in Texas, and Texas is a nondisclosure state so
01:27 21    that violates the Texas nondisclosure law.  And I
01:27 22    informed Redfin of that, but they continue to do so to
01:27 23    this day.
01:27 24        Q.   Have you complained to anyone else about that
01:28 25    improper data usage?

```
                                                              131

           UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TEXAS
                  AUSTIN DIVISION


ALEXANDER STROSS,                §
                                 §
        Plaintiff,               §
                                 § Case No. 1:15-cv-00223-SS
    v.                           §
                                 §
REDFIN CORPORATION,              §
                                 §
        Defendant/               §
        Counterclaimant.         §


              REPORTER'S CERTIFICATION
           DEPOSITION OF ALEXANDER STROSS
                  APRIL 20, 2016


    I, Cynthia Warren, Certified Shorthand Reporter in
and for the State of Texas, hereby certify to the
following:
    That the witness, ALEXANDER STROSS, was duly sworn
by the officer and that the transcript of the oral
deposition is a true record of the testimony given by
the witness;
    That pursuant to FRCP Rule 30(f)(1), that the
signature of the deponent:
      X   was requested by the deponent or a party at
the completion of the deposition and returned within 30
days from date of receipt of the transcript.  If
returned, the attached Changes and Signature Page
contains any changes and the reasons therefor;
```

132

1      was waived by the deponent and/or attorneys at
2  the completion of the deposition;
3      That the amount of time used by each party at the
4  deposition is as follows:
5      Mr. Joel B. Ard - 3 hours, 19 minutes
       Mr. Robert Buckner McKinney - no time used
6
7      That $_____ is the deposition officer's
8  charges to the Defendant/Counterclaimant for preparing
9  the original deposition transcript and any copies of
10 exhibits;
11     I further certify that I am neither counsel for,
12 related to, nor employed by any party in this cause, and
13 further that I am not financially or otherwise
14 interested in the outcome of the action.
15     Certified to by me this 25th day of April, 2016.
16
17
18 _____
   CYNTHIA WARREN, Texas CSR 4597
19 Expires 12/31/17
   DepoTexas - Austin
20 Firm Registration No. 17
   1016 La Posada Drive, Suite 294
21 Austin, Texas  78752
   512-465-9100
22
23
24
25