UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXANDER STROSS,<br><br>         Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>         Defendant/Counterclaimant. | Case No. 1:15-cv-00223-SS |

ORDER ON MOTION TO REMOVE
PRE-TRIAL HEARING AND TRIAL DATE FROM DOCKET

On this day came on to be considered Plaintiff Alexander Stross and Defendant Redfin Corporation (collectively the "Parties") Notice of Settlement and Motion to Remove Pre-trial hearing from Docket. (the "Motion"). The Court after considering the Motion is of the opinion it should be GRANTED.  It is therefore,

ORDERED that the Hearing currently set for July 13, 2018, and Pre-trial Conference currently set for July 13, 2018 are cancelled. It is further,

ORDERED that all scheduling order obligations are vacated. It is further.

ORDERED that the Parties have until August 14, 2018 to file dismissal documents with this Court.

Signed this the ____ day of July, 2018.

_____
SAM SPARKS
UNITED STATESS DISTRICT COURT

6369435 v1 (05960.00020.000)