UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXANDER STROSS,<br><br>        Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>        Defendant/Counterclaimant. | Case No. 1:15-cv-00223-SS |

## AGREED MOTION TO DISMISS WITH PREJUDICE

1. Plaintiff Alexander Stross and Defendant Redfin Corporation agree to the entry of the attached Agreed Order of Dismissal with Prejudice.

2. Accordingly, it is requested that the Court enter the attached Agreed Order of Dismissal with Prejudice.

        Respectfully submitted,

        By: /s/ R. Buck McKinney
        **R. Buck McKinney**
        State Bar No. 00784572
        **LAW OFFICE OF BUCK MCKINNEY, PC**
        mckinney@buckmckinney.com
        2203 E. 5th Street
        Austin, Texas  78702
        Telephone: (512) 444-1879

        **ATTORNEY FOR PLAINTIFF
        ALEXANDER STROSS**

By: /s/ Michael A. Logan
**Michael A. Logan**
State Bar No. 12497500
**KANE RUSSELL COLEMAN LOGAN PC**
mlogan@krcl.com
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 777-4294
Facsimile: (214) 777-4299

**Bruce C. Morris**
State Bar No.14469850
**KANE RUSSELL COLEMAN LOGAN   PC**
bmorris@krcl.com
5051 Westheimer Rd., Suite 1000
Houston, Texas 77056
Telephone: (713) 425-7450
Facsimile: (713) 425-7700

**Robert S. Mahler (*pro hac vice*)**
**Adrienne McKelvey (*pro hac vice*)**
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone: (206) 393-5400
Facsimile: (206) 299-5518
Email: bob.mahler@polsinelli.com
Email: adrienne.mckelvey@polsinelli.com

**ATTORNEYS FOR DEFENDANT**
**REDFIN CORPORATION**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 20th day of August, 2018, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Michael A. Logan
Michael A. Logan