UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ALEXANDER STROSS,<br><br>  Plaintiff,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>  Defendant/Counterclaimant. | Case No. 1:15-cv-00223-SS |

## AGREED ORDER OF DISMISSALWITH PREJUDICE

On this day came on to be considered the Agreed Motion to Dismiss with Prejudice (the "Agreed Motion"). It is,

**ORDERED** that the Agreed Motion is **GRANTED**. It is further,

**ORDERED** that all claims that were brought or could have been brought by Plaintiff Alexander Stross against Defendant Redfin Corporation in this case are dismissed with prejudice. It is further,

**ORDERED** that all claims that were brought or could have been brought by Defendant Redfin Corporation against Plaintiff Alexander Stross in this case are dismissed with prejudice. It is further,

**ORDERED** that all costs shall be borne by those parties incurring same.

**THIS IS A FINAL JUDGMENT**.

Signed this _____ day of August, 2018

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE